UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-23868-CIV-TORRES

ASTRID ELENA CARRILLA BARRAZA,

    Plaintiff,

vs.

FRANCISCO BORJA MARTINEZ PARDO
and ANA MATIAS,

    Defendants.
_____/

## VERDICT FORM

1. Do you find by the greater weight of the evidence that there was a reasonable agreement to compensate Plaintiff for her work at the home of Defendant Francisco Pardo?

   Answer:   Yes _____

              No ✓

   *IF "NO," PROCEED TO QUESTION TWO. IF "YES," YOUR VERDICT IS COMPLETE. DO NOT ANSWER THE REMAINING QUESTIONS. THE FOREPERSON SHOULD SIGN AND RETURN THE VERDICT FORM.*

2. If you answered "No" to Question One (1) above, do you find by the greater weight of the evidence that the Plaintiff was not paid all the minimum wages required by law?

   Answer:   Yes ✓

              No _____

   *IF "YES," PROCEED TO QUESTIONS THREE AND FOUR. IF "NO," YOUR VERDICT IS COMPLETE. DO NOT ANSWER THE REMAINING QUESTIONS. THE FOREPERSON SHOULD SIGN AND RETURN THE VERDICT FORM.*

3. If you answered "Yes" to Question Two (2) above, what amount of damages should the Plaintiff be awarded for the relevant time period?

   12/27/2008 to 12/26/2009, $ 2,602.41

   12/27/2009 to 12/26/2010, $ 2,700.08

   12/27/2010 to 12/26/2011, $ 2,780.38

   12/27/2011 to 10/20/2012, $ 1,923.80

4. Do you find by the greater weight of the evidence that Defendant Ana Matias was Plaintiff's employer in 2011 and 2012?

   Answer:   Yes  ✓

             No  _____

SO SAY WE ALL.

_____
Foreperson

Dated: 3/18/15