**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 12-23868-Civ-TORRES

CONSENT CASE

ASTRID ELENA CARRILLO BARRAZA,

      Plaintiff,

v.

FRANCISCO BORJA MARTINEZ PRADO,
ANA MATIAS,

      Defendants.

_____/

**FINAL JUDGMENT**

This matter is before the Court following a jury trial and the jury's verdict [D.E. 97], together with the Court's Order on Entry of Judgment [D.E. 104]. Accordingly, and upon review of the entire record and pursuant to Fed. R. Civ. P. 58, it is hereby

**ORDERED AND ADJUDGED**:

1.    Judgment is entered in favor of Plaintiff ASTRID ELENA CARRILLO BARRAZA, as to all claims raised in the Complaint, against Defendants FRANCISCO BORJA MARTINEZ PRADO and ANA MATIAS, jointly and severally.

2.    Plaintiff shall recover from Defendants a total of TWENTY THOUSAND THIRTEEN DOLLARS AND THIRTY-FOUR CENTS ($20,013.34), together with post-judgment interest accruing thereon from the date of this Judgment at the statutory rate of 0.325% per annum, for which sum let execution issue forthwith subject to Fed. R. Civ. P. 62(a) and S.D. Fla. Local R. 62.1.

3.      This action is now CLOSED.   The Court retains jurisdiction for consideration of any timely post-judgment submissions under the Court's Rules and the Federal Rules of Civil Procedure.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of June, 2015.

EDWIN G. TORRES
United States Magistrate Judge