# EXHIBIT 3

# Embassy of the United States

**B-1, A-3, G-5 VISAS**

4

## Domestic Employees

**Note: Presentation of the required documents does not guarantee visa issuance. Applicants must still qualify under INA Section 214(b) (see Section 214(b) Refusals - http://bogota.usembassy.gov/visa-refusals.html).**

B-1, A-3, G-5 visas are for domestic employees who are accompanying an employer who is visiting or on temporary assignment in the United States. A domestic employee is generally a member of the household staff, such as a cook, butler, chauffeur, housemaid nanny or gardener or other paid personal employee, such as a nurse or home health aide.

The visa type of the employee varies depending on the immigration status of the employer. A domestic or personal employee who works for an employer who:

- holds a B, E, F, H, I, J, L, M, O, P, Q, or R visa, should apply for a B-1 visa.

- holds an A visa, should apply for an A-3 visa

- holds a G visa, should apply for a G-5 visa

- is a U.S. citizen who ordinarily resides outside the U.S., is traveling temporarily to the U.S., or who is subject to frequent international transfers lasting two years or more, but will reside in the U.S. less than four years, should apply for a B-1 visa.

### Requirements

- The applicant (employee) intends to be in the U.S. for a short or temporary trip

- The applicant (employee) has a residence abroad which he or she has no intention of abandoning

- The applicant (employee) has worked for the employer outside the U.S. for at least one year (or 6 months if the employer is a U.S. citizen) or the employer can show he or she has regularly employed domestic or personal employees abroad

- The applicant (employee) has at least one year of experience as a domestic or personal employee

- The applicant (employee) and employer must sign a contract that abides by U.S. law to be presented to the Consular Officer at the time of the visa interview and to the Immigration Officer at the time of entry to the U.S.

- **IMPORTANT:** For applicants of A3 or G5 visas, the international mission or organization for which you work should submit the necessary Pre-Notification of a

Domestic Worker form to the Office of Foreign Missions Information System (TOMIS).

**Contract**

The contract must be written in English and in the employee's native language, if the employee does not understand English. The contract should include the following information:

- Description of the employee's duties and work to be formed
- Statement that the employee will only work for one specific employer
- Description of the normal working hours of the employee and the number of hours per week. The contract should also describe days off for holidays, vacation or sick days
- The regular hourly wage and overtime wage the employee will receive at either the federal U.S. minimum wage rate or the state minimum wage of the state the employee will work in, whichever is greater.
- The employee will receive free room and board (which cannot be deducted from salary)
- The employer will pay the employee's travel expenses to and from the U.S. (or to the employer's onward assignment or employee's country of normal residence at the termination of the assignment)
- A statement that the employee's passport, visa, and other personal property will be in the sole possession of the employee and not withheld by the employer for any reason
- Any other benefits normally required for U.S. domestic workers in the area of employment
- For U.S. citizen employers, statement that employer or employee give two weeks notice of intent to terminate or leave employment

***For a sample contract click here***

Note: The domestic employee may travel with the employer or follow to join the employer after he or she is already in the United States.

\*\*U.S. citizens living permanently in the United States and legal permanent residents (i.e. "green card" holders) are not eligible to take their domestic employees to the United States on B-1 visas\*\*

**Visa Validity**

Validity for visas for domestic employees is determined based on the visa validity of the employer. The validity may not exceed the validity of the visa held by the employer.

**Required Documents**

- A valid passport

- The confirmation page from the DS-160 Application form

- A photograph (for requirements see TIPS for the DS-160)

- A signed contract between the employer and employee

- A signed form that the applicant (employee) has read the Wilberforce pamphlet on Rights and Protections for Temporary Workers

- A copy of the employer's nonimmigrant visa (unless applying at the same time as the applicant) or a copy of the employer's U.S. passport with proof of Colombian residence

## Know Your Rights

While most nonimmigrant visa holders taking part in cultural exchanges or work programs experience an interesting and rewarding stay in the United States, you should know your rights, should you encounter problems. Please review this pamphlet in preparation for your visa interview.

- Wilberforce Act

This site is managed by the U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views or privacy policies contained therein.

# Embassy of the United States

## THE PERSONAL INTERVIEW WITH A CONSULAR OFFICER

20

The personal interview with a consular officer and the information that the applicant provides in writing on the online DS 160 application form are critical elements of the visa process. As a result of the large number of people applying for visas each day, the interviews are often short.

It is essential that the visa applicant be able to describe a clear, coherent travel plan and provide accurate answers to all written and oral questions. Inconsistent, inaccurate or unrealistic answers make it difficult for the consular officer to conclude that the proposed trip is temporary in nature, or that the applicant is otherwise qualified for a visa.

For information on what to bring to your interview, see our list of Required Documents.

Please be aware of the following when you come to your appointment:

### Arrival at the Embassy

Please arrive at the Embassy at the time of your scheduled appointment and no sooner. Applicants who arrive late will not be admitted and will have to contact the CSC Visa Information Center to request a new interview date.

### Security

We do not permit third parties to attend nonimmigrant visa interviews. This rule also applies to third parties who are U.S. Citizens or Lawful Permanent Residents. Only the visa applicant will be admitted, unless the applicant is a minor or senior citizen. Minors may only be accompanied by a parent or legal guardian. On a case-by-case basis, the Embassy will allow visa applicants with disabilities or other special needs to be accompanied. You will be screened by security personnel before entry. Certain items are not permitted inside the Visa Waiting Area.

### Interview Procedures

On the day of your interview, you will pass through 3 stations:

- Application Processing (where your application and required documents will be reviewed)
- Verification of fingerprints
- The Interview with the Consular Officer

This site is managed by the U.S. Department of State. External links to other Internet sites should not be construed as an endorsement of the views or privacy policies contained therein.