UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-23868-CIV-TORRES

ASTRID ELENA CARRILLA BARRAZA,

    Plaintiff,

vs.

FRANCISCO BORJA MARTINEZ PARDO
and ANA MATIAS,

    Defendants.
_____/

## AMENDED FINAL JUDGMENT

This matter is before the Court pursuant to Fed. R. Civ. P. 58. Following the Jury's verdict [D.E. 97] returned after trial this Court entered an original Final Judgment [D.E. 105] in favor of Plaintiff Astrid Elena Carrilla Barraza ("Plaintiff"). Defendants Francisco Borja Martinez Pardo and Ana Matias ("Defendants") timely filed their Rule 50 motion for judgment as a matter of law. [D.E. 108]. On July 20, 2015, we entered an Order granting Defendants' Rule 50 motion. [D.E. 119]. In accordance with that Order, it is hereby **ORDERED AND ADJUDGED:**

    1.    The Court's Final Judgment [D.E. 105] entered June 5, 2015, is hereby **VACATED**.

    2.    Final Judgment is entered in favor of Defendants Francisco Borja Martinez Pardo and Ana Matias as to all claims raised in the Complaint by Plaintiff Astrid Elana Carrillo Barraza.

    3.    Plaintiff shall recover nothing from Defendants in this action.

4. This case remains CLOSED. The Court retains jurisdiction to decide any collateral issues, such as attorney's fees or costs, but this Amended Final Judgment shall be regarded as final for all other purposes.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23rd day of July, 2015.

/s/   *Edwin G. Torres*
EDWIN G. TORRES
United States Magistrate Judge